958

No. 1253, Misc.  KAHIGAS *v.* NEW YORK.  Appellate Division, Supreme Court of New York, First Judicial Department.  Certiorari denied.  *Louis Hering* for petitioner.

No. 1254, Misc.  URBANO *v.* NEW JERSEY.  C. A. 3d Cir.  Certiorari denied.

No. 1256, Misc.  BURGHARDT *v.* WILKINS, WARDEN. C. A. 2d Cir.  Certiorari denied.

No. 1268, Misc.  WILLIAMS *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox* for the United States.

No. 1269, Misc.  TIRADO *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.  *Herbert S. Siegal* for petitioner.

No. 1270, Misc.  PERRY *v.* MAXWELL, WARDEN.  Supreme Court of Ohio.  Certiorari denied.

No. 1271, Misc.  BADDERS *v.* UHLER.  Court of Appeals of Maryland.  Certiorari denied.

No. 1274, Misc.  McCORMACK *v.* NEW YORK.  Appellate Division, Supreme Court of New York, First Judicial Department.  Certiorari denied.  Petitioner *pro se.* *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 1285, Misc.  WELLMAN *v.* HEINZE, WARDEN.  Supreme court of California.  Certiorari denied.

No. 1277, Misc.  MOONEYHAM *v.* KANSAS.  Supreme Court of Kansas.  Certiorari denied.